```
 1  TRINETTE G. KENT (State Bar No. 222020)
    3219 E Camelback Road, #588
 2  Phoenix, AZ 85018
 3  Telephone:  (480) 247-9644
    Facsimile:  (480) 717-4781
 4  E-mail: tkent@lemberglaw.com
 5
 6  Of Counsel to
    Lemberg Law, LLC
 7  43 Danbury Road
    Wilton, CT 06897
 8  Telephone:  (203) 653-2250
 9  Facsimile:  (203) 653-3424
10
    Attorneys for Plaintiff,
11  Michelle Russell
12
```

13 UNITED STATES DISTRICT COURT

14 CENTRAL DISTRICT OF CALIFORNIA

15 EASTERN DIVISION

| | |
|---|---|
| 16 Michelle Russell, | Case No.: 5:20-cv-01276-JFW-KK |
| 17 | |
| 18          Plaintiff, | **NOTICE OF SETTLEMENT** |
| 19    vs. | |
| 20 Universal Recovery Corporation, | |
| 21 | |
| 22          Defendant. | |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a Stipulation of Dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

By: __/s/   Trinette G. Kent__
Trinette G. Kent, Esq.
Lemberg Law, LLC
Attorney for Plaintiff, Michelle Russell

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On February 8, 2021, I served a true copy of foregoing document(s): **NOTICE OF SETTLEMENT**.

| | |
|---|---|
| **BY ELECTRONIC FILING:** I hereby certify that on February 8, 2021, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. | **Attorney for Defendant Universal Recovery Corporation** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

1  Executed on February 8, 2021.

2

3                                           By: /s/  *Trinette G. Kent*
4                                           Trinette G. Kent, Esq.
                                            Lemberg Law, LLC
5                                           Attorney for Plaintiff, Michelle Russell